ANDRE BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JULIE ZATZ
Assistant United States Attorney
California State Bar No. 155560
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7349
    Facsimile: (213) 894-7819
    Email: julie.zatz@usdoj.gov

Attorneys for the United States of America

Patrick A. Carreon, Esq. (SBN 119576)
THE CARREON FIRM
333 West Ocean Boulevard, Suite 505
Long Beach, CA 90802
carreon@mocalaw.com
Telephone:  (562) 432-9999
Facsimile:  (562) 432-9990

Attorneys for Plaintiff Andrew Mattle

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ANDREW MATTLE, an individual,<br><br>       Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No.: CV 12-10157 JFW (FFMx)<br><br>**JUDGMENT RE: UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

WHEREAS Defendant United States of America moved this Court for an Order granting Summary Judgment upon the grounds that (1) this court lacked subject matter jurisdiction pursuant to the discretionary function exception, 28 U.S.C. § 2680(a), and (2) plaintiff failed to state a claim upon which relief could be

1

granted pursuant to the primary assumption of risk doctrine.

WHEREAS the Court, having now considered the parties' memoranda of points and authorities, statement of uncontroverted facts and conclusions of law, the supporting declarations and evidence submitted therewith, as well as having considered all of the other pleadings, records, and documents on file in this action.

WHEREAS the Court, having now issued an Order, dated November 26, 2013, Docket Number 39, detailing its ruling on the issues raised in Defendant's motion, hereby decrees as follows:

IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary Judgment brought by Defendant United States of America as against Plaintiff Andrew Mattle is GRANTED, and judgment is hereby entered in favor of Defendant United States of America.

DATED: December 17, 2013

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THE CARREON FIRM
*/s/ Patrick A. Carreon*
PATRICK A. CARREON, ESQ.
Attorneys for Plaintiff Andrew Mattle

ANDRE BIROTTE JR.
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Julie Zatz*
JULIE ZATZ
Assistant United States Attorneys

*/s/ Leon W. Weidman*
LEON W. WEIDMAN
Assistant United States Attorneys
Chief, Civil Division
Attorneys for United States of America